UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                Petitioners,                19 **CIVIL** 7597 (ER)

     -against-                  **JUDGMENT**

HILT CONSTRUCTION, INC.,
               Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 16, 2020, the petitioners' motion is granted; the award is confirmed, and judgment is entered in favor of the petitioners in the amount of $33,028.32 against Hilt Construction, Inc., plus interest at a rate of 7.50% per annum accruing from June 12, 2019 until the date of entry of judgment in the amount of $2,103.86, plus $1,076 in attorney's fees and $75 in cost for a total sum of $36,283.18; this judgment shall accrue post-judgment interest as mandated in 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
        April 17, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                         BY:
                                                   _____
                                                  **Deputy Clerk**